IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.

1. Civil Action number: 3:08-CV-01151-B
2. Style of case: BARTON v. CITY OF DALLAS
3. Nature of suit: Civil rights
4. Method of ADR used: ☒ Mediation  ☐ Mini-Trial  ☐ Summary Jury Trial
5. Date ADR session was held: 8-24-09
6. Outcome of ADR (Select one):
   ☐ Parties did not use my services.          ☐ Settled, in part, as a result of ADR.
   ☒ Settled as a result of ADR.               ☐ Parties were unable to reach settlement.
   ☐ Continuing to work with parties to reach settlement (Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).

7. What was your TOTAL fee: $ 4,500 —
8. Duration of ADR: 1 day (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   (Provider) Will Pryor                    Mark Goldstucker, ∆ Counsel
   Scott Palmer, π Counsel                  J. Nelson, ∆
   R.B. Barton, π                           T. Stecker, ∆
   Tracy Germait, π                         A. Schoelen, ∆
   James Hawkins, π                         Jason Schuette, ∆ Counsel
                                            Deputy Chief Rick Watson, ∆ rep

   Please provide the names, addresses, and telephone number of counsel on the reverse of this form.

10. Provider information:

    _____                   8-24-09
    Signature                               Date

    5400 LBJ Freeway, Suite WC              469-374-0222
    Address  Dallas, TX                     Telephone
             75240

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

Name: Scott Palmer
Firm: Scott Palmer, P.C.
Address: 15455 Dallas Pkwy, S.540
Addison, TX 75001
Phone: 214-987-4100

Name: Mark Goldstucke
Firm: Bisson & Hofmeister
Address: 740 E. Campbell Rd., Suite 800
Richardson, TX 75081
Phone: 214-747-6100

Name: Jason Schuette
Firm: Dallas City Attorney
Address: 1500 Marilla
Dallas TX 75201
Phone: 214-670-3491

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone: