IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| R. B. BARTON, SABRINA CHAMBERS, JOANNA M. CHAMBERS, TRACY GERMAIT a/k/a NALOANI SOLOMON MICHAEL COKEFILED and JAMES M. HAWKINS,<br>    Plaintiffs,<br><br>v.<br><br>JEFFREY NELSON, TIMOTHY STECKER, ALBERT SCHOELEN, and THE CITY OF DALLAS,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>3:08-CV-1151-B<br>ECF |

## JOINT MOTION TO DISMISS

TO THE HONORABLE COURT:

The Plaintiffs have agreed to dismiss with prejudice their claims in this case against Defendants, Jeffrey Nelson, Timothy Stecker, and Alfred Schoelen. Plaintiffs have further agreed, pursuant to a mediated settlement agreement, to dismiss with prejudice their claims against Defendant, the City of Dallas. Therefore, Plaintiffs, R. B. Barton, Sabrina Chambers, Joanna M. Chambers, Tracy Germait a/k/a Naloani Solomon, Michael Cokefield, and James M. Hawkins, and Defendants, Jeffrey Nelson, Timothy Stecker, Alfred Schoelen, and the City of Dallas, request that the Court grant this motion and dismiss all of Plaintiffs' claims and this civil action with prejudice, and order that the parties shall bear their own costs.

Respectfully submitted,

/s/ Scott H. Palmer
Texas State Bar No. 00797196
**SCOTT H. PALMER, P.C.**
15455 Dallas Parkway
Suite 540 LB 32
Addison, Texas 75001

(214) 987-4100 (*telephone*)
(214) 922-9900 (*telecopier*)

**ATTORNEY FOR PLAINTIFFS**

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

s/ JASON G. SCHUETTE
Assistant City Attorney
Texas Bar No. 17827020
jason.schuette@dallascityhall.com

s/ AMY I. MESSER
Assistant City Attorney
Texas Bar No. 00790705
amy.messer@dallascityhall.com

Dallas City Hall 7BN
1500 Marilla Street
Dallas, Texas 75201
214.670.3519
214.670.0622 - Facsimile

Attorneys for Defendant City of Dallas

Respectfully submitted,

 /s/ Mark Goldstucker
**Mark E. Goldstucker**
State Bar of Texas No. 08104100
**Brown & Hofmeister, L.L.P.**
740 East Campbell Road, Suite 800
Richardson, Texas 75081
Telephone: 214-747-6100
Fax: 214-747-6111
Email mgoldstucker@bhlaw.net

**Attorneys for Defendants Jeffrey Nelson, Timothy Stecker, and Alfred Schoelen**